### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**GULF RESTORATION NETWORK**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 2:12-CV-36-KS-MTP**

**CITY OF HATTIESBURG**  **DEFENDANT**

### ORDER

On February 23, 2017, Plaintiff filed a Motion to Strike [98]. Defendant shall file a response to the motion on or before **March 9, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to file a reply, it may do so within seven days of the filing of Defendant's response, but no later than **March 16, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___24th___ day of February, 2017.

___s/Keith Starrett___
UNITED STATES DISTRICT JUDGE