IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GULF RESTORATION NETWORK**                                                        **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 2:12-CV-36-KS-MTP**

**CITY OF HATTIESBURG**                                                              **DEFENDANT**

## ORDER

The Court **denies** Plaintiff's Motion to Strike [98] Defendant's reply in support of its Motion to Terminate the Amended Consent Judgment [90]. However, if Plaintiff wishes to file a sur-reply in response to the arguments allegedly raised for the first time in reply, it may do so on or before **March 27, 2017.**

SO ORDERED AND ADJUDGED this   20th   day of   March  , 2017.

                                                                s/Keith Starrett
                                              UNITED STATES DISTRICT JUDGE