**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**GULF RESTORATION NETWORK**                                   **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 2:12-CV-36-KS-MTP**

**CITY OF HATTIESBURG**                                        **DEFENDANT**


<u>**ORDER**</u>

On May 31, 2017, the Court held a teleconference with the attorneys of record and, with the parties' input, ordered that the following schedule would be entered to address the pending Motion to Terminate [90] the Amended Consent Judgment.

- The parties may conduct limited discovery for a period of forty-five days, beginning on June 1, 2017.

- Discovery is limited in scope to matters relevant to the pending Motion to Terminate [90] the Amended Consent Judgment.

- Parties shall serve initial written discovery on or before June 7, 2017, and all responses thereto shall be served on or before June 14, 2017. Parties may serve supplemental written discovery thereafter, but all written discovery shall be completed by July 1, 2017. The time period to serve responses to any written discovery shall be seven days.

- All expert designations shall be served on or before June 12, 2017.

- The Court will conduct a hearing on the Motion to Terminate [90] the Amended Consent Judgment on August 8-9, 2017.

SO ORDERED AND ADJUDGED this ___31st___ day of __May_____, 2017.


                                        ___s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE