UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

GULF RESTORATION NETWORK PLAINTIFF

v. CIV ACTION No. 2:12-cv-00036-KS-JCG

CITY OF HATTIESBURG DEFENDANT

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of the UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DESIGNATION AND EXPERT DISCOVERY DEADLINES, and being fully apprised, this Court GRANTS the motion and orders:

This Court's May 31, 2017 Scheduling Order (ECF No. 109) is hereby amended as follows:

| **Task** | **Original Deadlines** | **Proposed Deadlines** |
|---|---|---|
| Expert designations | June 12, 2017 | June 26, 2017 |
| Discovery Completion | July 1, 2017 | July 1, 2017 (fact discovery)<br>June 27-July 15, 2017 (expert discovery) |

SO ORDERED AND ADJUDGED this 12th day of June, 2017.

s/Keith Starrett
UNITED STATES DISTRICT JUDGE

Respectfully submitted on June 7, 2017,

/s/ Adam Babich
Corinne Van Dalen, La. Bar No. 21175
Adam Babich, La. Bar No. 27117
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118-6348
Phone: (504) 862-8800
Fax: (504) 862-8721
*Counsel for Gulf Restoration Network*

/s/ Cynthia Sarthou
Cynthia Sarthou, MS Bar No. 6469
Gulf Restoration Network
333 Baronne Street, Suite 200
New Orleans, LA 70112
ph: (504) 525-1528 ext. 202
fax: (504) 525-0833
email: cyn@healthygulf.org