# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**GULF RESTORATION NETWORK**                              **PLAINTIFF**

**v.**                        **CIVIL ACTION NO. 2:12-CV-36-KS-MTP**

**CITY OF HATTIESBURG**                                   **DEFENDANT**

## ORDER

On July 7, 2017, Defendant filed a Motion for Leave [160] to conduct certain discovery outside the discovery period before the hearing scheduled for August 8, 2017. Due to the nature of the relief requested, an expedited briefing schedule is necessary. Plaintiff shall respond on or before **Wednesday, July 12, 2017**, and Defendant may reply on or before **Friday, July 14, 2017.**

SO ORDERED AND ADJUDGED this ___10th___ day of July, 2017.

                                                        ___s/Keith Starrett_____
                                                        UNITED STATES DISTRICT JUDGE