IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK | PLAINTIFF |
| v. | CIVIL ACTION NO. 2:12-CV-36-KS-JCG |
| CITY OF HATTIESBURG | DEFENDANT |

## ORDER

The Court **grants** Defendant's Motion [160] for leave to conduct depositions of EPA officials and to serve additional discovery on Plaintiff. The Court hereby extends the discovery period in this matter to **July 31, 2017**. Both parties may depose up to three employees of the EPA, but the depositions must occur on or before **July 31, 2017.** Both parties may also serve additional discovery requests upon the opposing party, but such discovery requests must be served on or before **July 17, 2017.** Responses to these additional discovery requests must be provided on or before **July 21, 2017**. To the extent any information gleaned during this extended discovery period alters or supplements the opinions of any party's experts, supplemental expert reports must be produced to opposing party on or before **July 31, 2017**.

The Court considered Plaintiff's objections to any extension of the discovery deadlines, but the Court believes that any information provided by the EPA is important to ensure a just disposition of this matter. The Court further notes that the production of emails between Plaintiff's counsel and EPA officials two days before the discovery deadline left virtually no time for Defendant to investigate the matter. The

Court does not imply any wrongdoing on the part of counsel; to the contrary, Plaintiff's counsel only received the emails two days before they were produced. But the EPA's opinion on these matters is too important to leave unexplored, and both parties shall have the opportunity to do so.

SO ORDERED AND ADJUDGED this __13th__ day of __July_____, 2017.

> ___s/Keith Starrett_____
> UNITED STATES DISTRICT JUDGE