### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**GULF RESTORATION NETWORK**                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:12-CV-36-KS-MTP**

**CITY OF HATTIESBURG**                                              **DEFENDANT**

### ORDER

The Court orders Plaintiff to respond to Defendant's Motion to Compel [174] by **5:00 p.m. on Tuesday, July 25, 2017.** If Defendant wishes to file a reply, it may do so before **noon on Wednesday, July 26, 2017.**

SO ORDERED AND ADJUDGED this ___24th___ day of ___July_____, 2017.

                                    ___s/Keith Starrett_____
                                    UNITED STATES DISTRICT JUDGE